# MEMORANDUM DECISIONS

COPEMAN v. EMERSON. (Court of Appeals of District of Columbia. Submitted November 9, 1920. Decided January 3, 1921.) No. 1321. Appeal from the Commissioner of Patents. Interference proceeding between Lloyd G. Copeman and William F. Emerson. From a decision of the Commissioner of Patents, awarding priority of invention to Emerson, Copeman appeals. Affirmed. Milans & Milans and C. J. O'Neill, all of Washington, D. C., for appellant. C. W. Fairbank, of New York City, for appellee.

PER CURIAM. This appeal is from the decision of the Commissioner of Patents awarding priority of invention to appellee. We have examined the record, and find no error. The decisions of all the tribunals below are in accord. No novel questions of law are presented. We find it unnecessary, therefore, to enter into a review of the facts, which are carefully considered in the opinions below. The decision is affirmed. Affirmed.

---

In re KUHN. (Court of Appeals of District of Columbia. Submitted November 15, 1920. Decided January 3, 1921.) No. 1334. Appeal from the Commissioner of Patents. In the matter of the application of Harry A. Kuhn for a patent. From a decision of the Commissioner of Patents, refusing six claims, the applicant appeals. Affirmed. R. D. Totten, of Pittsburgh, Pa., for appellant. T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

ROBB, Associate Justice. Appeal from a decision of the Commissioner of Patents, refusing six claims for a patent on a machine for mining coal; the ground of the decision being that no patentable advance has been made over the prior art. We have carefully considered the points made in appellant's brief, as elucidated by his argument at the hearing of the case, and, being convinced that the decision of the Patent Office tribunals was right, we affirm it upon the grounds stated by them. Affirmed.

---

In re MURRAY. (Court of Appeals of District of Columbia. Submitted November 10, 1920. Decided December 6, 1920.) No. 1332. Appeal from the Commissioner of Patents. Application by C. Edward Murray, Jr., for a patent for improvements in the construction of rubber tires. From a decision of the Commissioner of Patents, rejecting the application for lack of novelty, the applicant appeals. Affirmed. Alfred M. Houghton, of Washington, D. C. (D. V. Mahoney, of Oakland, Cal., on the brief), for appellant. T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

PER CURIAM. Appellant appeals from the decision of the Commissioner of Patents, denying him a patent for certain improvements in the construction of rubber tires. We agree with the unanimous opinions of the tribunals below in holding that nothing patentable is disclosed over the prior art. The decision of the Commissioner of Patents is affirmed, and the clerk is directed to certify these proceedings as by law required. Affirmed.